McCALEB, J., concurs, being of the opinion that the ruling complained of is correct.

154 So.2d 769

**STATE of Louisiana**

**v.**

**Wilbert N. OTT.**

No. 46831.

June 28, 1963.

In re: Wilbert N. Ott applying for writ of habeas corpus.

Not considered. The application does not comply with the rules of Court.

154 So.2d 769

**Adraste LANDRENEAU**

**v.**

**John CEASAR, Lucius Ceasar et al.**

No. 46825.

June 28, 1963.

In re: Adraste Landreneau applying for certiorari or writ of review to the Court

of Appeal, Third Circuit, Parish of Allen. 153 So.2d 145.

Writ refused. On the facts found by the Court of Appeal the result is correct.